FILED: September 30, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4207
(7:12-cr-00056-F-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GABRIEL MEEKS

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to remand, the court grants the motion and remands this case to the district court.

Entered at the direction of Judge Shedd with the concurrence of Judge Diaz and Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk