FILED: September 30, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4207
(7:12-cr-00056-F-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GABRIEL MEEKS

      Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, this appeal is remanded to the district court for further proceedings.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK